| 4 | 577 |
|---|---|
| 110 | 938 |

</div>

## SUCCESSION OF PERRY.

Where one, who had opposed the homologation of a final tableau of distribution presented by an executor, on which a judgment was rendered approving the payments made by the executor and allowing all the claims against the succession except one set up by the opponent, to whom the usufruct of the succession had been bequeathed, against the universal legatee after the expiration of the usufruct, and ordering another account to be rendered settling the respective rights of the opponent and the universal legatee, appeals as against the universal legatee, from the judgment, without making the executor a party, the appeal must be dismissed.

APPEAL from the District Court of Jefferson, *Clarke*, J.   *Le Gardeur*, for the appellant.   *Rémy*, *contrâ*. The judgment of the court was pronounced by

Rost, J. The executor having filed his final tableau of distribution, in this case, it was opposed by *Michel Perry*, the husband of the deceased, who has, under the will, the usufruct of his wife's property, and who claims different sums of money from the succession of his wife, and from the community which existed between them.

The tableau was also opposed on various grounds by *Mrs. Justine Lefebvre*, who is the universal legattee of the testatrix at the expiration of the usufruct created in favor of *Michel Perry*, and who claims alimony from him, under an alleged condition in the will. She also claims to be a creditor of the succession.

The judgment of the court was that the payments made by the executor be approved, and that the claims against the succession and community, as exhibited on the tableau, be allowed, except the claim of *Michel Perry*, which must be settled by compensation. The judgment then continues as follows : "And considering that the opposition and conflicting claims of *Mrs. Lefebvre* and *Michel Perry*, as to the disposition to be made of the balance remaining in the hands of the executor after making the payments herein ordered, will be more properly settled in another and final account. It is further ordered that said executor do file another and final account, exhibiting clearly the respective

<div align="center"></div>

SUCCESSION OF rights of *Michel Perry* and *Mrs. Lefebvre* to such balance as shall remain in
PERRY.          his hands, after making the payments herein ordered, reserving to said parties
to oppose said tableau when presented."

*Michel Perry* has appealed from this judgment, against *Mrs. Lefebvre* alone.
The executor, not having been made a party to the appeal, the decree remains
in full force ; and, so long as it stands unreversed, it is binding upon the oppo-
nents.                                                              *Appeal dismissed.*